UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Arlene Otis,

Plaintiff,

v.

Legal Aid Society,

Defendant.

Civil 01-214 MJD/JGL

ORDER

---

In October the Court reviewed a 17-page complaint that plaintiff, Arlene Otis, sought to file in this court against the Legal Aid Society. On January 13, 2000, District Court Judge Ann D. Montgomery issued an order that Ms. Otis not be permitted to file any new complaint unless she first applies for and receives the consent of a judicial officer. The Court, after reviewing the complaint Ms. Otis sought to file against the Legal Aid Society, denied her request to file the complaint.

In January 2001 plaintiff filed the instant 17-page complaint in the Northern District of Illinois naming as defendant The Legal Aid Foundation of Chicago, and the Legal Aid Society of Minneapolis (LASM). On January 31, 2001, the Federal Court in Illinois dismissed the plaintiff's claims against the Legal Aid Foundation of Chicago as frivolous, because the complaint made no allegations against the Legal Aid Foundation of Chicago. The Court in Illinois then *sua sponte* transferred venue over plaintiff's Minnesota claims to this Court. In his transfer order, Judge Kennelly, the federal judge in Illinois, observed, "plaintiff may have a viable claim against LASM".

FEB 08 20
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

This Court expresses no opinion on whether plaintiff does or does not have a viable claim. Moreover the Court expresses no opinion on whether the Illinois Court's *sua sponte* transfer of plaintiff's Minnesota claims to this Court violates Judge Montgomery's January 13, 2000, order. The Court concludes that the best way to secure a just, speedy and inexpensive determination of this action is to allow it to proceed, treating Judge Kennelly's transfer order as the prior consent of a judicial officer contemplated by Judge Montgomery's order of January 13, 2000.

DATED: February 8, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge