UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-214 (MJD/JGL)

ARLENE OTIS,

Plaintiff,

v.

LEGAL AID SOCIETY OF MPLS,

Defendant.

ORDER

On January 13, 2000, District Judge Ann D. Montgomery issued an Order that Ms. Otis not be permitted to file any new complaint unless she first applies for and receives the consent of a judicial officer. Ms. Otis filed a 17 page complaint against the Legal Aid Society which was reviewed by Chief Magistrate Judge Franklin Noel consistent with Judge Montgomery's earlier referenced order. Chief Magistrate Judge Noel denied Ms. Otis's request to file the complaint.

In January 2001, plaintiff filed the instant 17 page complaint in the Northern District of Illinois. On January 31, 2001, the federal court in Illinois dismissed the plaintiff's claim against the Legal Assistance Foundation of Chicago as frivolous because the complaint made no allegations against the Legal Assistance Foundation of Chicago. The Court in Illinois then sua sponte transferred venue over plaintiff's Minnesota claims to this Court.

Filed FEB 13 2001
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________

Chief Magistrate Judge Noel expressed no opinion as to whether plaintiff had a viable claim nor as to whether the Illinois Court's sua sponte transfer of plaintiff's claims violates Judge Montgomery's January 13, 2000, order.

Chief Magistrate Judge Noel concluded that the most equitable way to proceed would be to treat Judge Kennelly's transfer order as the prior consent of a judicial officer contemplated by Judge Montgomery's order of January 13, 2000.

This case has now been referred to Judge Michael Davis and this issue has been referred to this Court. After reviewing the complaint of plaintiff Arlene Otis, we share Chief Magistrate Judge Noel's original assessment that the plaintiff's request to file the complaint should be denied. We do not believe that the Illinois Court's sua sponte transfer in any way was done with knowledge of Judge Montgomery's earlier order. Having reviewed this case now that it has been referred to this Court, we feel that it falls within the proscriptions referenced in Judge Montgomery's January 13, 2000, order and the request to file the complaint is denied.

Dated: Feb 13, 2001, 2000.

JONATHAN LEBEDOFF
United States Magistrate Judge