# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Arlene Otis,

Case No. Civil 01-214 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Legal Aid Society of Mpls.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

The above-entitled action is dismissed pursuant to order denying plaintiff's request to file complaint.

DATE: February 13, 01

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

7